No. 13-56445
_____

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
_____

**VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.; JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce,**
*Plaintiffs-Appellants,*
v.
**JONATHAN FIELDING, Director of Los Angeles County Department of Public Health; JACKIE LACEY, Los Angeles County District Attorney; and COUNTY OF LOS ANGELES,**
*Defendants-Appellees.*
_____

On Appeal from the United States
District Court for the Central District of California
Hon. Dean D. Pregerson, Case No. CV13-00190 DDP (AGRx)
_____

**PLAINTIFFS-APPELLANTS' MOTION TO TAKE JUDICIAL NOTICE**
_____

Robert Corn-Revere              Janet L. Grumer
Ronald G. London                Matthew D. Peterson
DAVIS WRIGHT TREMAINE LLP       DAVIS WRIGHT TREMAINE LLP
1919 Pennsylvania Ave., NW, Suite 800   865 South Figueroa Street, Suite 2400
Washington, DC  20006           Los Angeles, CA  90017-2566
(202) 973-4200                  (213) 633-6800

Attorneys for Plaintiffs and Appellants
VIVID ENTERTAINMENT, LLC; CALIFA PRODUCTIONS, INC.;
JANE DOE a/k/a Kayden Kross; and JOHN DOE a/k/a Logan Pierce
(counsel continue on inside cover)

Paul J. Cambria, Jr.  
LIPSITZ GREEN SCIME CAMBRIA LLP  
1631 West Beverly Blvd., Second Floor  
Los Angeles, CA  90026  
(323) 883-1807  

H. Louis Sirkin  
SANTEN & HUGHES LPA  
600 Vine Street, Suite 2700  
Cincinnati, OH  45202  
(513) 721-4450  

1

## MOTION FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, Plaintiffs-Appellants Vivid Entertainment, LLC; Califa Productions, Inc.; Jane Doe aka Kayden Kross; and John Doe aka Logan Pierce, hereby request that the Court take judicial notice of the following materials and facts in support of Appellants' opening brief:

1.  A letter issued by the County of Los Angeles Department of Public Health, via its director Jonathan E. Fielding, on December 14, 2012, directed to "Producers of Adult Films in Los Angeles County," including Appellant Vivid Entertainment, LLC, a true and correct copy of which is attached as Exhibit 1 to the Declaration of Ronald G. London ("London Declaration").

2.  A report issued by County of Los Angeles Department of Public Health, in March 2013, entitled *Los Angeles County Five-Year Comprehensive HIV Plan (2013-2017)*, available at: http://ph.la-county.gov/aids/docs/LAC_FiveYear_ComprehensiveHIVPlan2013-2017.pdf, a true and correct copy of which is attached as Exhibit 2 to the London Declaration.

Under Federal Rule of Evidence 201(d), judicial notice may be taken at any stage of the proceeding, including by an appellate court during the pendency of an appeal. Fed. R. Evid. 201(d); *see also Lowry v. Barnhart*, 329 F.3d 1019, 1024 (9th Cir. 2003); *Bryant v. Carleson*, 444 F.2d 353, 357-58 (9th Cir. 1971); Circuit Advisory Committee Note Seven to Ninth Circuit Rule 27-1.

Federal Rule of Evidence 201(b) authorizes this Court to take judicial notice of any fact that is "not subject to reasonable dispute in that it is … capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

Requests to take judicial notice of government documents generally are granted. *See, e.g., Disabled Rights Action Comm. v. Las Vegas Events, Inc.*, 375 F.3d 861, 866 n. 1 (9th Cir. 2004) (taking judicial notice of agreements to which a state entity was a party); *Transmission Agency of N. Cal. v. Sierra Pac. Power Co.*, 295 F.3d 918, 924 n. 3 (9th Cir.2002) (taking judicial notice of order from a federal agency); *Serrano v. World Saving Bank*, 2011 WL 1668631, at *2 (N.D. Cal. May 3, 2011) (government documents not subject to reasonable dispute and so judicially noticeable); *Lopez v. Wachovia Mortg.*, 2010 WL 2836823, at *2 (N.D. Cal. July 19, 2010) (same). *See also Jackson v. City of Columbus*, 194 F.3d 737, 745 (6th Cir. 1999), *overruled in part on other grounds, Swierkiewicz v. Sorema N.A.*, 534 U.S. 506, 508-14 (2002) (public records and government documents are generally considered "not to be subject to reasonable dispute"); *United States ex rel. Dingle v. BioPort Corp.*, 270 F.Supp.2d 968, 972 (W.D. Mich. 2003) (same).

This Court may also consider materials on which the Appellants' complaint in the lower court necessarily relies, even if not attached to the complaint. *In re Silicon Graphics Securities Litig.*, 183 F.3d 970, 986 (9th Cir. 1999) (under federal

2

rules, court may consider documents "whose contents are alleged in the complaint and whose authenticity no party questions" even where plaintiff does not attach the documents to the complaint).

Both exhibits to the London Declaration were presented to the District Court as part of the proceedings below. (London Decl. ¶ 4 (citing E.R. 114, 88-89))

Consequently, Appellants respectfully request that this Court take judicial notice of Exhibits 1 and 2 to the London Declaration, both of which are government documents, and the contents of Exhibit 1 are alleged in the Complaint. *See* E.R. 218 (Complaint ¶ 66 ).

RESPECTFULLY SUBMITTED this 16th day of September, 2013.

DAVIS WRIGHT TREMAINE LLP
ROBERT CORN-REVERE
RONALD G. LONDON
JANET L. GRUMER
MATTHEW D. PETERSON

LIPSITZ GREEN SCIME CAMBRIA LLP
PAUL J. CAMBRIA, JR.

SANTEN & HUGHES LPA

H. LOUIS SIRKIN


By:   /s/ Matthew D. Peterson
          Matthew D. Peterson

Attorneys for Plaintiff and Appellant
VIVID ENTERTAINMENT, LLC;
CALIFA PRODUCTIONS, INC.;
JANE DOE a/k/a Kayden Kross; and
JOHN DOE a/k/a Logan Pierce

3

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on September 16, 2013.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

I further certify that Putative Intervenors below, who were served with the Notice of Appeal and were listed in the Representation Statement, and who have not entered an appearance in this matter, and whose attorneys do not appear to be registered CM/ECF users for this case, have been mailed a courtesy copy of the foregoing document by First-Class Mail, postage prepaid, to the following address:

>Tom Myers
>Samantha R. Azulay
>Christina Yang
>AIDS HEALTHCARE FOUNDATION
>6255 W. Sunset Blvd., 21st Floor
>Los Angeles, CA 90028
>Telephone:      (323) 860-5200
>Facsimile:       (323) 467-8450

>      /s/ Matthew D. Peterson
>     Matthew D. Peterson