OFFICE OF THE CLERK
UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

# ACKNOWLEDGMENT OF HEARING NOTICE (PASADENA)

I acknowledge receipt of the notice of assignment showing my case:

| | |
|---|---|
| Case Number | 13-56445 |
| Case Title | Vivid Entertainment v. Fielding |

**assigned for hearing:**

| | | | | | |
|---|---|---|---|---|---|
| Date | March 3, 2014 | Time | 9:30 AM | Courtroom | 1 |

Location: Richard H. Chambers Court of Appeals Bldg., 125 S. Grand Ave., Pasadena, CA  91105

**Counsel to argue (or, if argument to be presented "in pro per" enter party information):**

| | |
|---|---|
| Name | Thomas R. Freeman |
| Address | c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks & Lincenberg, PC<br>1875 Century Park East, 23rd Floor |
| City | Los Angeles |
| State | CA |
| Zip Code | 90067 |
| Phone | (310) 201-2100 |
| Email Address | trf@birdmarella.com |
| Party/parties represented | Intervenor Defendants-Appellees |
| Special needs you may require in the courtroom | |

☛ Counsel who have not entered an appearance in the case(s) listed above must file a separate Notice of Appearance using Appellate ECF.

**Admission status (to be completed by attorneys only):**

⦿ I certify that I am admitted to practice before this Court.

◯ I certify that I am generally qualified for admission to practice before the bar of the Ninth Circuit and that I will immediately apply for admission (forms available at http://www.ca9.uscourts.gov).

| | | | |
|---|---|---|---|
| Signature (use "s/" format) | s/ Thomas R. Freeman | Date | 1/15/14 |

**Filing Instructions**
*Electronically:* Print the filled-in form to PDF (File > Print > *PDF Printer/Creator*), then, in Appellate ECF, choose Forms/Notices/Disclosures > File an Acknowledgment of Hearing Notice.
-or-
*US Mail:* Office of the Clerk, U.S. Court of Appeals, P.O. Box 91510, Pasadena CA 91109-1510
*Overnight:* Richard H. Chambers U.S. Court of Appeals Building, 125 South Grand Avenue, Pasadena CA 91105
Phone: 626-229-7250