UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 08 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VIVID ENTERTAINMENT, LLC; et al.,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>JONATHAN FIELDING, Director of Los Angeles County Department of Public Health; et al.,<br><br>        Defendants - Appellees,<br><br>MICHAEL WEINSTEIN, ARLETTE DE LA CRUZ, WHITNEY ENGERAN, MARK MCGRATH, MARIJANE JACKSON, AND THE CAMPAIGN COMMITTEE YES ON MEASURE B,<br><br>        Intervenor-Defendant - Appellee. | No. 13-56445<br><br>D.C. No. 2:13-cv-00190-DDP-AGR<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

      The judgment of this Court, entered December 15, 2014, takes effect this date.

      This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Rhonda Roberts
Deputy Clerk